| | |
|---|---|
| PAUL E.B. GLAD (State Bar No. 79045) | PHILIP A. O'CONNELL, JR. |
| JOEL T. MUCHMORE (State Bar No. 224446) | State Bar No. 152486) |
| SNR Denton US LLP | SNR Denton US LLP |
| 525 Market Street, 26th Floor | 101 Federal Street, Suite 2750 |
| San Francisco, CA 94105-2708 | Boston, MA 02110 |
| Telephone: (415) 882-5000 | Telephone: (617) 235-6802 |
| Facsimile: (415) 882-0300 | Facsimile: (617) 235-6884 |
| paul.glad@snrdenton.com | philip.oconnelljr@snrdenton.com |
| joel.muchmore@snrdenton.com | |

ROBERT B. MILLNER (*Pro Hac Vice*)
CHRISTOPHER D. SOPER
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdentoncom

Attorneys for OneBeacon
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, *et al.*, <br><br> Appellants, <br><br> v. <br><br> PLANT INSULATION COMPANY, *et al.*, <br><br> Appellees. <br><br> *In re* <br><br> PLANT INSULATION CO., <br><br> Debtor | CASE NO. C 12-1887-RS <br><br> Bankr. Ct. No. 3:09-BK-31347 TEC <br><br> [~~PROPOSED~~] **ORDER APPROVING AND ADOPTING STIPULATION RE; EXTENSION OF TIME FOR FILING BRIEFS BY AMENDMENT TO STIPULATION RE; DISTRICT COURT REVIEW OF ORDER CONFIRMING THE RESTATED SECOND AMENDED PLAN OF REORGANIZATION OF PLANT INSULATION COMPANY** |

Before the Court is a Motion to approve and adopt a Stipulation among the Insurers, Plant, the Committee, and the Futures Representative. The Stipulation is Exhibit A to the Motion. The

Court has reviewed the Stipulation and has determined that there is good cause for entry of an Order approving the Stipulation and ordering the agreements set forth therein.

Accordingly, the Court hereby ORDERS as follows:

1. The Stipulation is approved.

2. Insurers shall file and serve their joint opening brief, and any additional opening brief, by no later than 10 a.m. Pacific Daylight Time on Friday, June 1, 2012;

3. Plan Proponents shall file and serve their joint opposition brief, and any separate brief responding to any Insurer additional opening brief, by 5 p.m. Pacific Daylight Time on Tuesday, July 3, 2012;

4. The provisions of the Appellate Stip Order regarding filing appendices (¶ 5) and reply briefs (¶ 7(c)) remain unchanged.

IT IS SO ORDERED.

Dated: May 25, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE