PAUL E.B. GLAD (State Bar No. 79045)
JOEL T. MUCHMORE (State Bar No. 224446)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
paul.glad@snrdenton.com
joel.muchmore@snrdenton.com

PHILIP A. O'CONNELL, JR.
State Bar No. 152486)
SNR Denton US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Telephone: (617) 235-6802
Facsimile: (617) 235-6884
philip.oconnelljr@snrdenton.com

ROBERT B. MILLNER (*Pro Hac Vice*)
CHRISTOPHER D. SOPER
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdentoncom

Attorneys for OneBeacon
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, *et al.,*<br><br>Appellants,<br><br>v.<br><br>PLANT INSULATION COMPANY, *et al.,*<br><br>Appellees.<br><br>―――――――――――――――――――<br><br>*In re*<br><br>PLANT INSULATION CO.,<br><br>Debtor | CASE NO. C 12-1887-RS<br><br>Bankr. Ct. No. 3:09-BK-31347 TEC<br><br>[~~PROPOSED~~] **ORDER APPROVING AND ADOPTING STIPULATION RE; EXTENSION OF TIME FOR FILING BRIEFS BY AMENDMENT TO STIPULATION RE; DISTRICT COURT REVIEW OF ORDER CONFIRMING THE RESTATED SECOND AMENDED PLAN OF REORGANIZATION OF PLANT INSULATION COMPANY** |

Before the Court is a Motion to approve and adopt a Stipulation among the Insurers, Plant, the Committee, and the Futures Representative. The Stipulation is Exhibit A to the Motion. The

ORDER APPROVING STIPULATION RE; EXTENSION OF TIME

1    Court has reviewed the Stipulation and has determined that there is good cause for entry of
2    an Order approving the Stipulation and ordering the agreements set forth therein.
3    Accordingly, the Court hereby ORDERS as follows:
4    1.   The Stipulation is approved.
5    2.   Insurers shall file and serve their joint opening brief, and any additional opening brief,
6    by no later than 10 a.m. Pacific Daylight Time on Friday, June 1, 2012;
7    3.   Plan Proponents shall file and serve their joint opposition brief, and any separate brief
8    responding to any Insurer additional opening brief, by 5 p.m. Pacific Daylight Time on Tuesday, July
9    3, 2012;
10   4.   The provisions of the Appellate Stip Order regarding filing appendices (¶ 5) and reply
11   briefs (¶ 7(c)) remain unchanged.

IT IS SO ORDERED.

Dated: May 25, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE