IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PLANT INSULATION COMPANY,

Debtor.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

Appellants,

v.

PLANT INSULATION COMPANY, et al.,

Appellees.

No. C 12-01887 RS

**SCHEDULING ORDER**

A number of parties in the above-captioned confirmation appeal from the United States Bankruptcy Court have requested oral argument. In consideration of those requests and the breadth and complexity of the factual and legal issues presented by this matter, the request shall be granted. The parties are instructed to appear for a hearing on all pending motions in this matter at 10:00 am on Wednesday, September 5, 2012, in Courtroom 3, 17th Floor, Phillip Burton Federal Building & United States Courthouse, at 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: July 27, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01887 RS
ORDER