IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PLANT INSULATION COMPANY,

    Debtor.
_____/

FIREMAN'S FUND INS. CO., et al.,

              Appellants,
  v.

PLANT INSULATION CO., et al.,

              Appellees.
_____/
AND RELATED CASES
_____/

No. C 12-01887 RS

**ORDER AFFIRMING CONFIRMATION OF RESTATED SECOND AMENDED PLAN OF REORGANIZATION**

      Pursuant to the orders, entered this same day, denying all pending appeals in the above-captioned bankruptcy matter, and dismissing the related appeals in Case Nos. C 12-03793 RS, and 12-04139 RS, the Court finds and concludes that each of the criteria under the Bankruptcy Code for confirmation of the Plan and for issuance and entry of the injunctions set forth in the Confirmation Order have been satisfied. Accordingly, the Confirmation Order is hereby affirmed in full,

including the injunctions contained therein, which injunctions are hereby issued and entered by this court.

IT IS SO ORDERED.

Dated: 10/9/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01887
ORDER DENYING APPEAL FROM CONFIRMATION OF
RESTATED SECOND AMENDED PLAN OF REORGANIZATION