1    PHILIP A. O'CONNELL, JR. (State Bar No. 152486)
     JOEL T. MUCHMORE (State Bar No. 224446)
2    SNR Denton US LLP
     525 Market Street, 26th Floor
3    San Francisco, CA 94105-2708
     Telephone:  (415) 882-5000
4    Facsimile:  (415) 882-0300
     philip.oconnelljr@snrdenton.com
5    joel.muchmore@snrdenton.com

6    ROBERT B. MILLNER (*Pro Hac Vice*)
     CHRISTOPHER D. SOPER (*Pro Hac Vice*)
7    SNR Denton US LLP
     233 S. Wacker Drive, Suite 7800
8    Chicago, IL 60606-6404
     Telephone:  (312) 876-8000
9    Facsimile:  (312) 876-7934
     robert.millner@snrdenton.com
10   christopher.soper@snrdenton.com
     Attorneys for OneBeacon
11   Insurance Company

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   FIREMAN'S FUND INS. CO., *et al.,*        Hon. Richard Seeborg
                                               Case No.: C 12 1887 RS
16   Appellants,
                                               On appeal from the U.S. Bankr. Court for the
17   v.                                        N.D. of Cal. (Hon. Thomas Carlson)

18   PLANT INSULATION CO., *et al.,*           Bankruptcy Case No. 09-31347-TC

19   Appellees.                                **JOINT STIPULATION REGARDING
                                               SCHEDULING ORDER FOR BRIEFING
20   In re:                                    AND ARGUMENT REGARDING
                                               APPELLANTS' EMERGENCY MOTION
21   PLANT INSULATION COMPANY,                 FOR A STAY PENDING APPEAL TO THE
                                               NINTH CIRCUIT**
22            Debtor.

23

24

25

26

27

28   STIPULATION REGARDING SCHEDULING ORDER
     FOR APPELLANTS' MOTION TO STAY
     Case No. C 12 1887 RS

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    The Insurers identified in the signature block below (collectively, the "Insurers"), the Official

2  Committee of Unsecured Creditors, (the "Committee"), debtor and debtor-in-possession Plant

3  Insulation Company ("Plant") and the court-appointed representative of future asbestos claimants (the

4  "Futures Representative") (collectively, the Committee, Plant, and the Futures Representative being

5  referred to as the "Plan Proponents"), by and through their respective undersigned counsel, Plan

6  Proponents having confirmed to Insurers that, consistent with the terms and conditions of the Plan, the

7  Plan shall not become effective prior to November 9, 2012, hereby stipulate to the following schedule

8  with regard to the Insurers' Emergency Motion For A Stay Pending Appeal To The Ninth Circuit,

9  (including, without limitation, any related Motion To Shorten Time) ("Motion for Stay"):

10    1.    The Insurers shall file and serve via e-mail their Motion to Stay and any supporting

11  papers by 12:00 p.m. Pacific time on October 15, 2012.

12    2.    The Plan Proponents shall file and serve via e-mail any opposition to the Motion to

13  Stay, along with any supporting papers, by 11:59 P.M. on October 22, 2012.

14    3.    The Insurers shall file and serve via e-mail any reply in support of the Motion to Stay,

15  along with any supporting papers, by 11:59 P.M. on October 24, 2012.

16    4.    The Insurers and the Plan Proponents agree to allow the Insurers' Motion to Stay to be

17  heard on October 26, 2012, subject to the Court's availability and the Court's desire to hold oral

18  argument on the Insurers' Motion to Stay.

19    IT IS SO STIPULATED.

| Plant Insulation Company, Debtor | Hon. Charles B. Renfrew (Ret.),<br>Futures Representative |
|---|---|
| ____/s/ Peter J. Benvenutti_____<br>Peter J. Benvenutti, Esq.<br>Jones Day | ____/s/ Gary S. Fergus_____<br>Gary S. Fergus, Esq.<br>Fergus, A Law Office |

-2-

STIPULATION REGARDING SCHEDULING ORDER
FOR APPELLANTS' MOTION TO STAY
Case No. C 12 1887 RS

| Official Committee Of Unsecured Creditors | OneBeacon Insurance Company |
|---|---|
| ___/s/ Michael H. Ahrens_____<br>Michael H. Ahrens, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP | _____/s/ Philip A. O'Connell, Jr. _____<br>Philip A. O'Connell, Jr.<br>SNR Denton U.S. LLP<br><br>And, for purposes of this stipulation only, on behalf of the following parties in interest and their counsel: American Home Assurance Company, Granite State Insurance Company, and Insurance Company of the State of Pennsylvania; ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company; Insurance Company of the West;  Safety National Casualty Corporation; Transport Indemnity Company; United States Fidelity and Guaranty Company; and United States Fire Insurance Company. |

IT IS SO ORDERED.

Dated:  October 15, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

27397569\V-1

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-3-

STIPULATION REGARDING SCHEDULING ORDER
FOR APPELLANTS' MOTION TO STAY
Case No. C 12 1887 RS