PHILIP A. O'CONNELL, JR. (State Bar No. 152486)
JOEL T. MUCHMORE (State Bar No. 224446)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
philip.oconnelljr@snrdenton.com
joel.muchmore@snrdenton.com

ROBERT B. MILLNER (*Pro Hac Vice*)
CHRISTOPHER D. SOPER (*Pro Hac Vice*)
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdenton.com

Attorneys for OneBeacon
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INS. CO., *et al.*, <br><br>Appellants, <br><br>v. <br><br>PLANT INSULATION CO., *et al.*, <br><br>Appellees. <br><br>In re: <br><br>PLANT INSULATION COMPANY, <br><br>           Debtor. | Hon. Richard Seeborg <br>Case No.: C 12 1887 RS <br><br>On appeal from the U.S. Bankr. Court for the N.D. of Cal. (Hon. Thomas Carlson) <br><br>Bankruptcy Case No. 09-31347-TC <br><br>**JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BRIEFING AND ARGUMENT REGARDING APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL TO THE NINTH CIRCUIT** |

STIPULATION REGARDING SCHEDULING ORDER
FOR APPELLANTS' MOTION TO STAY
Case No. C 12 1887 RS

1  The Insurers identified in the signature block below (collectively, the "Insurers"), the Official Committee of Unsecured Creditors, (the "Committee"), debtor and debtor-in-possession Plant Insulation Company ("Plant") and the court-appointed representative of future asbestos claimants (the "Futures Representative") (collectively, the Committee, Plant, and the Futures Representative being referred to as the "Plan Proponents"), by and through their respective undersigned counsel, Plan Proponents having confirmed to Insurers that, consistent with the terms and conditions of the Plan, the Plan shall not become effective prior to November 9, 2012, hereby stipulate to the following schedule with regard to the Insurers' Emergency Motion For A Stay Pending Appeal To The Ninth Circuit, (including, without limitation, any related Motion To Shorten Time) ("Motion for Stay"):

1. The Insurers shall file and serve via e-mail their Motion to Stay and any supporting papers by 12:00 p.m. Pacific time on October 15, 2012.

2. The Plan Proponents shall file and serve via e-mail any opposition to the Motion to Stay, along with any supporting papers, by 11:59 P.M. on October 22, 2012.

3. The Insurers shall file and serve via e-mail any reply in support of the Motion to Stay, along with any supporting papers, by 11:59 P.M. on October 24, 2012.

4. The Insurers and the Plan Proponents agree to allow the Insurers' Motion to Stay to be heard on October 26, 2012, subject to the Court's availability and the Court's desire to hold oral argument on the Insurers' Motion to Stay.

IT IS SO STIPULATED.

| Plant Insulation Company, Debtor | Hon. Charles B. Renfrew (Ret.), Futures Representative |
|---|---|
| ____/s/ Peter J. Benvenutti_____<br>Peter J. Benvenutti, Esq.<br>Jones Day | ____/s/ Gary S. Fergus_____<br>Gary S. Fergus, Esq.<br>Fergus, A Law Office |

-2-

STIPULATION REGARDING SCHEDULING ORDER
FOR APPELLANTS' MOTION TO STAY
Case No. C 12 1887 RS

| Official Committee Of Unsecured Creditors | OneBeacon Insurance Company |
|---|---|
| ____/s/ Michael H. Ahrens_____<br>Michael H. Ahrens, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP | _____/s/ Philip A. O'Connell, Jr. _____<br>Philip A. O'Connell, Jr.<br>SNR Denton U.S. LLP<br><br>And, for purposes of this stipulation only, on behalf of the following parties in interest and their counsel: American Home Assurance Company, Granite State Insurance Company, and Insurance Company of the State of Pennsylvania; ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company; Insurance Company of the West; Safety National Casualty Corporation; Transport Indemnity Company; United States Fidelity and Guaranty Company; and United States Fire Insurance Company. |

IT IS SO ORDERED.

Dated: October 15, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

27397569\V-1

-3-

STIPULATION REGARDING SCHEDULING ORDER
FOR APPELLANTS' MOTION TO STAY
Case No. C 12 1887 RS

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000