United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PLANT INSULATION COMPANY,<br><br>    Debtor.<br>_____/<br><br>FIREMAN'S FUND INS. CO., et al.,<br><br>                Appellants,<br>    v.<br><br>PLANT INSULATION CO., et al.,<br><br>                Appellees.<br>_____/<br>AND RELATED CASES<br>_____/ | No. C 12-01887 RS<br><br>**ORDER VACATING HEARING DATE** |

      The hearing scheduled for October 26, 2012, on appellants' emergency motion for a stay pending appeal to the Ninth Circuit is vacated. Should oral argument be deemed necessary, a new hearing date will be set.

      IT IS SO ORDERED.

Dated: 10/16/12

                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE