IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PLANT INSULATION COMPANY,

    Debtor.
_____/

FIREMAN'S FUND INS. CO., et al.,

               Appellants,
    v.

PLANT INSULATION CO., et al.,

               Appellees.
_____/
AND RELATED CASES
_____/

No. C 12-01887 RS

**ORDER VACATING HEARING DATE**

      The hearing scheduled for October 26, 2012, on appellants' emergency motion for a stay pending appeal to the Ninth Circuit is vacated. Should oral argument be deemed necessary, a new hearing date will be set.

      IT IS SO ORDERED.

Dated: 10/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01887