PAUL E.B. GLAD (State Bar No. 79045)
JOEL T. MUCHMORE (State Bar No. 224446)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
paul.glad@snrdenton.com
joel.muchmore@snrdenton.com

PHILIP A. O'CONNELL, JR.
(State Bar No. 152486)
SNR Denton US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Telephone:  (617) 235-6802
Facsimile:  (617) 235-6884
philip.oconnelljr@snrdenton.com

ROBERT B. MILLNER (*Pro Hac Vice*)
CHRISTOPHER D. SOPER (*Pro Hac Vice*)
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdenton.com

Attorneys for OneBeacon
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, *et al.*, <br><br>Appellants,<br><br>v.<br><br>PLANT INSULATION COMPANY, *et al.*,<br><br>       Appellees.<br>_____<br><br>*In re*<br><br>PLANT INSULATION CO.,<br><br>Debtor | No. 3:12-cv-01887-RS<br><br>Bankr. Case No. 3:09-BK-31347 TEC<br><br>Chapter 11<br><br>Judge:  Hon. Richard Seeborg<br><br>*[PROPOSED]* **ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is a Joint Administrative Motion for Leave to File Documents Under Seal filed by the Insurers, Plant, the Committee, and the Futures Representative (the "Parties"). The Motion is accompanied by a Stipulation Re Joint Administrative Motion for Leave to File Documents Under Seal ("Stipulation"), and a Declaration of Joel T. Muchmore in Support of Joint Administrative Motion for Leave to File Documents Under Seal ("Declaration"). The Court has reviewed the Motion, the Stipulation, and the Declaration and has determined that there is good cause to grant leave for the Parties to file certain categories of documents under seal as requested.

Accordingly, the Court hereby ORDERS that leave be granted for the parties to file under seal as indicated:

1. Declaration Of Robert G. Nath In Support Of Appellants' Motion For Stay Pending Appeal: Paragraphs 6, 18, 19, 20, 21, 22, 25(iii), 25(iv), 25(v), 25(vi), 25(vii), 26, 28, 29, 30, 31, 32, 33, 36, 37 (pp. 17:5-13, 17:16-22, 18:11-15, 18:19-21, 19:4-5), 38 (p. 19:9-13); Footnotes 3, 17, 18, 19, 20, 22, 23, 24, 28; and

2. Declaration Of Joel T. Muchmore In Support Of Appellants' Emergency Motion For A Stay Pending Appeal To The Ninth Circuit; Motion Pursuant To Local Civil Rule 6-3 To Shorten Notice And Objections Period, And Memorandum In Support: Exhibits T, BB, and CC in their entirety.

3. Any and all "Bayside Confidential" materials that may be included or otherwise referenced by Plan Proponents in Plant Proponants' October 22, 2012 opposition to the Insurers' Motion to Stay; and

4. Any and all "Bayside Confidential" materials that may be included or otherwise referenced in the Insurers' October 24, 2012 reply in support of the Motion to Stay.

IT IS SO ORDERED.

Dated: October 30, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL
(Case No. 3:12-cv-01887 RS)