IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PLANT INSULATION COMPANY,

    Debtor.
_____/

FIREMAN'S FUND INS. CO., et al.,

                Appellants,
    v.

PLANT INSULATION CO., et al.,

                Appellees.
_____/

No. C 12-01887 RS

**ORDER REMANDING TO THE BANKRUPTCY COURT**

On October 28, 2013, the Ninth Circuit Court of Appeals reversed this court's decision affirming the bankruptcy court's order confirming Plant Insulation's Restated Second Amended Plan of Reorganization and remanded the matter to this court with instructions to remand to the bankruptcy court. (No. 12-17466). Accordingly, the matter is hereby remanded to the bankruptcy court for proceedings consistent with the circuit court's opinion.

IT IS SO ORDERED.

Dated: 11/25/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01887
ORDER